440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
**Rhode Island**

REBECCA BAEZA; Individually
and as Parent and Natural
Guardian of JOSEPH BAEZA
V.

LORI BENOIT; LAURETTA MORANTO d/b/a
TUFFY'S SPORTS BAR AND GRILL; and
CADY'S INN, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-193

TO: (Name and address of Defendant)

Lauretta Moranto
d/b/a Tuffy's Sports Bar and Grill
199 Wood Street
Warwick, Rhode Island 02889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, Rhode Island 02904

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/27/06

Barbara Barletta
By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-16-06 |
| NAME OF SERVER *(PRINT)* Ronald Winn | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Lauretta Murphy

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-16-06
Date

*Signature of Server*

PO Box 756
*Address of Server*

FILED

2006 MAY 26 P 12:29

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of
**Rhode Island**

REBECCA BAEZA; Individually and as Parent and Natural Guardian of JOSEPH BAEZA

V.

LORI BENOIT; LAURETTA MORANTO d/b/a TUFFY'S SPORTS BAR AND GRILL; and CADY'S INN, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-193

TO: (Name and address of Defendant)

Lauretta Moranto
d/b/a Tuffy's Sports Bar and Grill
199 Wood Street
Warwick, Rhode Island 02889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, Rhode Island 02904

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/27/06

Barbara Barletta

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE 5-16-06 |
| E OF SERVER *(PRINT)* Ronald Alvin | TITLE USDC Const Ase |

*heck one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Lauretta Murphy

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-16-06
Date

Signature of Server

PO Box 756
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 MAY 26 P 12: 29
FILED

s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.