440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
**Rhode Island**

REBECCA BAEZA; Individually
and as Parent and Natural
Guardian of JOSEPH BAEZA

V.

LORI BENOIT; LAURETTA MORANTO d/b/a
TUFFY'S SPORTS BAR AND GRILL; and
CADY'S INN, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-193 S

TO: (Name and address of Defendant)

Lori Benoit
220 Woonsocket Hill Road
North Smithfield, Rhode Island 02896

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, Rhode Island 02904

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/27/06

Barbara Barletta

(By) DEPUTY CLERK

40 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE 6-5-06 |
| OF SERVER *(PRINT)* Ronald Rush | TITLE USDC Constable |

*ieck one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Kme Benet ACI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

**I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.**

Executed on 6/5/06
Date

[signature]
*Signature of Server*

PVB 7587
*Address of Server*

FILED
2006 JUN -8 A 11:54
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

is to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.