***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| REBECCA BAEZA; Individually And as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. NO.: 06-193 S |
| LORI BENOIT; LAURETTA MORANTO d/b/a TUFFY'S SPORT BAR AND GRILL; and CADY'S INN, INC. | : | |

**ENTRY OF APPEARANCE**

I, the undersigned attorney, hereby enter my appearance in this matter on behalf of Defendant, Lauretta Moranto d/b/a Tuffy's Sport Bar and Grill.

Christopher Russo, Esquire #4571
Attorney for Defendant,
*Lauretta Moranto d/b/a Tuffy's Bar and Grill*
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, Rhode Island 02910
(401) 946-3200

Dated:June 19, 2006

**CERTIFICATION**

I hereby certify that I sent a true copy of the within on June 19, 2006 to:

Peter Leach, Esquire
One Charles Street
Providence, RI 02904