UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 2 1 2006
U.S. District Court
District of Rhode Island

REBECCA BAEZA; Individually And as Parent and Natural Guardian of JOSEPH BAEZA :

VS. : C.A. NO.: 06-193 S

LORI BENOIT; LAURETTA MORANTO d/b/a TUFFY'S SPORT BAR AND GRILL; and CADY'S INN, INC. :

## STIPULATION

The parties hereby agree that the Defendant, Lauretta Moranto d/b/a Tuffy's Sport Bar and Grill may have up to and including July 14, 2006 within which to file an answer.

Christopher Russo, Esquire #4571
Attorney for Defendant,
*Lauretta Moranto d/b/a Tuffy's Bar and Grill*
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, Rhode Island 02910
(401) 946-3200

ENTER:
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06

Peter P. D. Leach, Esquire #3955
*Attorney for Plaintiff, Rebecca Baeza*
One Charles Street
Providence, RI 02904
(401) 521-9100

Dated: 6/19/06

CERTIFICATION

I hereby certify that I sent a true copy of the within on 6/19/06 to:

Peter Leach, Esquire
One Charles Street
Providence, RI 02904