UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA; Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| Vs. | : | C.A. #: 06-193S |
| LORI BENOIT; CADY'S INN, INC. d/b/a TUFFY'S SPORTS BAR AND GRILL; and CADY'S INN, INC. | : | |

**ENTRY OF DEFAULT**

Now comes the Plaintiff, pursuant to Rule 55(a) of the Fed.R.Civ.P., and hereby requests that the clerk of court enter default against Defendant, Cady's Inn, Inc.

Plaintiff's Affidavit is attached hereto and made a part hereof.

Plaintiff,
By her attorney,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100