UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA; Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| Vs. | : | C.A. #: 06-193S |
| LORI BENOIT; CADY'S INN, INC. d/b/a TUFFY'S SPORTS BAR AND GRILL; and CADY'S INN, INC. | : | |

**AFFIDAVIT OF SERVICE**

1. That I, Peter P.D. Leach, Esquire, am Plaintiff's counsel in this matter.

2. That on or about June 5, 2006, a copy of the Summons and Complaint in the above matter was served upon the Defendant, Cady's Inn, Inc., by Constable Ronald Russo.

3. That on July 5, 2006, I made proof of service to the Clerk of the United States District Court for the District of Rhode Island (see attached).

4. That the Defendant, Cady's Inn, Inc., has failed to plead or otherwise defend as provided by the rules of this Court.

5. The Defendant, Cady's Inn, Inc., is not, at the time of the commencement of the action, nor is the Defendant now, in the Military Service of the United States, as defined in the Soldiers' and Sailors' Relief Act of 1940.

6. That the Defendant, Cady's Inn, Inc., is not an infant or incompetent person.

Kelly Ann Bennett
NOTARY PUBLIC

54120 10/15/08

Peter P.D. Leach, Esq. #3955
One Charles Street
Providence, RI 02904
(401) 521-9100