# UNITED STATES DISTRICT COURT

District of Rhode Island

REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA

V.

LORI BENOIT; LAURETTA MORANTO d/b/a TUFFY'S SPORTS BAR AND GRILL; and CADY'S INN, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-193S

TO: (Name and address of Defendant)

Cady's Inn, Inc.
c/o Paul Corrigan, III
630 Putnam Pike
Greenville, Rhode Island 02828

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of Rhode Island

REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA

V.

LORI BENOIT; LAURETTA MORANTO d/b/a TUFFY'S SPORTS BAR AND GRILL; and CADY'S INN, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-193S

TO: (Name and address of Defendant)

Cady's Inn, Inc.
c/o Paul Corrigan, III
630 Putnam Pike
Greenville, Rhode Island 02828

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

ce of the Summons and complaint was made by me[1] | DATE June 5, 2006

OF SERVER *(PRINT)* ALFRED J. HARRIS | TITLE Alfred J. Harris Authorized Federal Process Server

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): By Serving Registered Agent Paul Corrigan III Esq.

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/5/06
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862
*Address of Server*

Alfred J. Harris
Authorized Federal Process Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of
**Rhode Island**

REBECCA BAEZA; Individually
and as Parent and Natural
Guardian of JOSEPH BAEZA

V.

LORI BENOIT; LAURETTA MORANTO d/b/a
TUFFY'S SPORTS BAR AND GRILL; and
CADY'S INN, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-193 S

Copy -
Need original

TO: (Name and address of Defendant)
Cady's Inn, Inc.
c/o Paul Corrigan, III
630 Putnam Pike
Greenville, Rhode Island 02828

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
One Charles Street
Providence, Rhode Island 02904

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/27/06

Barbara Barletta
By) DEPUTY CLERK