***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| REBECCA BAEZA; Individually | : | |
| And as Parent and Natural Guardian of | : | |
| JOSEPH BAEZA | : | |
| | : | |
| VS. | : | C.A. NO.: 06-193S |
| | : | |
| LORI BENOIT; LAURETTA MORANTO | : | |
| d/b/a TUFFY'S SPORT BAR | : | |
| AND GRILL; and CADY'S INN, INC. | : | |

ANSWER OF DEFENDANT LAURETTA MORANTO

Now comes the defendant, Lauretta Moranto, d/b/a Tuffy's Sport Bar and Grill, through counsel and responds to the plaintiff's Complaint.

1. Defendant is without sufficient information to admit or deny the allegation set forth and leaves plaintiffs to their proof.

2. Defendant is without sufficient information to admit or deny the allegation set forth and leaves plaintiffs to their proof.

3. Admit.

4. Defendant is without sufficient information to admit or deny the allegation set forth and leaves plaintiffs to their proof.

5. Defendant is without sufficient information to admit or deny the allegation set forth and leaves plaintiffs to their proof.

6. This paragraph contains a legal conclusion and not a factual allegation. Defendant is without sufficient information to admit or deny the claim set forth in the paragraph and leaves plaintiffs to their proof.

## COUNT I (BENOIT)

7. Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore leaves the Plaintiff to her proof thereof.

8. Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore leaves the Plaintiff to her proof thereof.

9. This paragraph does not allege any facts but rather a legal conclusion and is regarding another defendant and as such no response is required of Defendant Moranto. To the extent that this Paragraph suggests or asserts any liability on the part of Defendant Moranto those allegations are denied.

10. Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore leaves the Plaintiff to her proof thereof. To the extent that this Paragraph suggests or asserts any liability on the part of Defendant Moranto those allegations are denied.

11. As the allegations contained in this paragraph of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that this paragraph suggest or asserts any liability on the part of Defendant Moranto those allegations are denied.

12. As the allegations contained in this paragraph of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that this paragraph suggest or asserts any liability on the part of Defendant Moranto those allegations are denied.

## COUNT II (TUFFY'S SPORT'S BAR AND GRILL)

13. Defendant incorporates her responses to paragraphs 1-12 as if set forth in full.

14. Admit.

15. This paragraph does not allege any facts but rather a legal conclusion. To the extent that this Paragraph suggests or asserts any liability on the part of Defendant Moranto those allegations are denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

<u>COUNT III (TUFFY'S SPORTS BAR AND GRILL)</u>

22. Defendant incorporates her responses to paragraphs 1-21 as if set forth in full.

23. Admit.

24. This paragraph does not allege any facts but rather a legal conclusion. To the extent that this Paragraph suggests or asserts any liability on the part of Defendant Moranto those allegations are denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

COUNT IV (CADY'S)

30. Defendant incorporates her responses to paragraphs 1-29 of Counts I – III as if set forth in full.

31. As the allegations contained in paragraph 31 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

32. As the allegations contained in paragraph 32 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

33. As the allegations contained in paragraph 33 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied

34. As the allegations contained in paragraph 34 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

35. As the allegations contained in paragraph 35 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

36. As the allegations contained in paragraph 36 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

37. As the allegations contained in paragraph 38 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

38. As the allegations contained in paragraph 31 of Count IV of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

## COUNT V (CADY'S)

39. Defendant incorporates her responses to paragraphs 1-38 of Counts I - IV as if set forth in full.

40. As the allegations contained in paragraph 40 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

41. As the allegations contained in paragraph 41 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

42. As the allegations contained in paragraph 42 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

43. As the allegations contained in paragraph 43 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

44. As the allegations contained in paragraph 44 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

45. As the allegations contained in paragraph 45 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

46. As the allegations contained in paragraph 46 of Count V of the plaintiff's complaint refer to another defendant, no response by Defendant Moranto is required. To the extent that a response by Defendant Moranto is required, the allegations are denied.

WHEREFORE, Defendant Lauretta Moranto demands judgment in her favor and against the Plaintiffs on all Counts I - V, together with his costs and reasonable attorneys' fees incurred in defending this lawsuit.

## SECOND AFFIRMATIVE DEFENSE

If the plaintiff was injured as alleged, the same was due to his own lack of due care under the circumstances.

## THIRD AFFIRMATIVE DEFENSE

The defendants state that the injuries and damages for which the plaintiff seeks to recover which were cased in whole or in part by the plaintiff's own negligence.

## FOURTH AFFIRMATIVE DEFENSE

If the plaintiff was injured as alleged, which is denied, the same was due to the lack of care of others for whom this defendant is not legally responsible.

## FIFTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's complaint fails to state a claim against this defendant upon which relief can be granted.

## SIXTH AFFIRMATIVE DEFENSE

The defendant states that the injuries and damages for which the plaintiff seeks to recover were caused in part by the plaintiff's own negligence, and therefore any recovery by the plaintiff should be denied.

**Defendant,**
**Lauretta Moranto d/b/a Tuffy's Bar and Grill**

By her attorney

Christopher Russo, Esquire #4571
Attorney for Defendant,
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, Rhode Island 02910
(401) 946-3200

Dated:July 12, 2006

## CERTIFICATION

I hereby certify that I sent a true copy of the within on July 14, 2006 to:

Peter Leach, Esquire
One Charles Street
Providence, RI 02904