JRO:MKD:jlb 31207 \pleading\31207motion

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. No.: 06-193S |
| LORI BENOIT, LAURETTA MORANTO d/b/a TUFF'S SPORTS BAR AND GRILL and CADY'S INN, INC. | : | |

**DEFENDANT, CADY'S INN, INC.'S MOTION TO VACATE DEFAULT**

Now comes defendant, Cady's Inn, Inc. (hereinafter "Cady's") in the above-entitled action, and hereby moves this Honorable Court to set aside the entry of default entered on July 6, 2006. Defendant neglected to submit a response to plaintiff's complaint in a timely fashion. Defendant's delay, although perhaps neglectful, was without malice or willfulness. Plaintiff's counsel has in fact represented that he has no objection to this motion. Defendant relies on the attached memorandum of law in support of its motion.

Respectfully Submitted,

DEFENDANT, Cady's Inn, Inc.
By Its Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/28/06 to:

Christopher L. Russo, Esq.
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, RI 02910

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Daryl Dayian, Esq.
55 Cedar St., Suite 102
Providence, RI 02903

Jessica Beaudry

JRO:MKD:jlb 31207 \pleading\31207memooflaw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. No.: 06-193S |
| LORI BENOIT, LAURETTA MORANTO d/b/a TUFF'S SPORTS BAR AND GRILL and CADY'S INN, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, CADY'S INN, INC.'S MOTION TO SET ASIDE DEFAULT PURSUANT TO RULE 55**

Rule 55 of the Federal Rules of Civil Procedure provides that the entry of default may be set aside by the court upon a showing of good cause. F.R.C.P. 55(c). In support of a showing of good cause, defendant would point out the following:

1. Plaintiff's counsel has stated to defendant Cady's counsel that he would not file an objection to a motion to set aside default as he does not object to the removal of the default;

2. Upon establishing the existence of plaintiff's cause of action, defense counsel promptly notified plaintiff's counsel regarding its pending entry of appearance and the need for an extension of time within which to answer the complaint;

3. Defendant's delay in responding to plaintiff's complaint was not willful or intentional;

4. Failure to set aside the default would result in harsh and unfair consequences to the defendant;

5. Defendant has numerous meritorious defenses to plaintiff's causes of action.

Based on the foregoing, defendant, Cady's Inn, Inc., respectfully requests this court to set aside the entry of default in favor of the plaintiff.

DEFENDANT, Cady's Inn, Inc.
By Its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/28/06 to:

Christopher L. Russo, Esq.
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, RI 02910

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Daryl Dayian, Esq.
55 Cedar St., Suite 102
Providence, RI 02903