JRO:MKD:jlb 31207 \pleading\31207enlarge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. No.: 06-193S |
| LORI BENOIT, LAURETTA MORANTO d/b/a TUFF'S SPORTS BAR AND GRILL and CADY'S INN, INC. | : | |

## DEFENDANT, CADY'S INN, INC.'S MOTION TO ENLARGE TIME WITHIN WHICH TO ANSWER PLAINTIFF'S COMPLAINT

Now comes the defendant in the above-entitled action and respectfully moves this court to enlarge the time within which the defendant, Cady's Inn, Inc., may answer the plaintiff's complaint and/or amended complaint, up to and including August 7, 2006. Plaintiff's counsel has indicated that he has no objection to this motion. Defendant relies on the attached memorandum of law in support of this motion.

Respectfully Submitted,

DEFENDANT, Cady's Inn, Inc.
By Its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/28/06 to:

Christopher L. Russo, Esq.
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, RI 02910

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Daryl Dayian, Esq.
55 Cedar St., Suite 102
Providence, RI 02903

Jessica Beaudry

JRO:MKD:jlb 31207 \pleading\31207memooflawenlarge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. No.: 06-193S |
| LORI BENOIT, LAURETTA MORANTO d/b/a TUFF'S SPORTS BAR AND GRILL and CADY'S INN, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, CADY'S INN, INC.'S MOTION TO ENLARGE TIME WITHIN WHICH TO ANSWER PLAINTIFF'S COMPLAINT**

Plaintiff's complaint was served on defendant, Cady's Inn, Inc., on April 27, 2006. Defendant and defendant's counsel, having corrected the lapse resulting in the entry of default against defendant, and are working diligently on answering the plaintiff's most recent amended complaint filed on July 18, 2006. Defense counsel has conferred with plaintiff's counsel who has indicated that he does not object to this motion. Therefore, defendant respectfully requests this court extend the time within which defendant may answer, defend, or otherwise respond to the plaintiff's complaint, to August 7, 2006.

Respectfully Submitted,

DEFENDANT, Cady's Inn, Inc.
By Its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/28/06 to:

Christopher L. Russo, Esq.
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, RI 02910

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Daryl Dayian, Esq.
55 Cedar St., Suite 102
Providence, RI 02903