JRO:MKD:jlb 31207 \pleading\31207motion

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. No.: 06-193S |
| LORI BENOIT, LAURETTA MORANTO d/b/a TUFF'S SPORTS BAR AND GRILL and CADY'S INN, INC. | : | |

**DEFENDANT, CADY'S INN, INC.'S MOTION TO VACATE DEFAULT**

Now comes defendant, Cady's Inn, Inc. (hereinafter "Cady's") in the above-entitled action, and hereby moves this Honorable Court to set aside the entry of default entered on July 6, 2006. Defendant neglected to submit a response to plaintiff's complaint in a timely fashion. Defendant's delay, although perhaps neglectful, was without malice or willfulness. Plaintiff's counsel has in fact represented that he has no objection to this motion. Defendant relies on the attached memorandum of law in support of its motion.

Respectfully Submitted,

DEFENDANT, Cady's Inn, Inc.
By Its Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

GRANTED

William E. Smith
U.S. District Judge
8/2/06