JRO:MKD:jlb 31207 \pleading\31207enlarge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REBECCA BAEZA, Individually and as Parent and Natural Guardian of JOSEPH BAEZA | : | |
| VS. | : | C.A. No.: 06-193S |
| LORI BENOIT, LAURETTA MORANTO d/b/a TUFF'S SPORTS BAR AND GRILL and CADY'S INN, INC. | : | |

**DEFENDANT, CADY'S INN, INC.'S MOTION TO ENLARGE TIME WITHIN WHICH TO ANSWER PLAINTIFF'S COMPLAINT**

Now comes the defendant in the above-entitled action and respectfully moves this court to enlarge the time within which the defendant, Cady's Inn, Inc., may answer the plaintiff's complaint and/or amended complaint, up to and including August 7, 2006. Plaintiff's counsel has indicated that he has no objection to this motion. Defendant relies on the attached memorandum of law in support of this motion.

Respectfully Submitted,

DEFENDANT, Cady's Inn, Inc.
By Its Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

GRANTED
William E. Smith
U.S. District Judge
8/2/06