UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REBECCA BAEZA; Individually<br>And as Parent and Natural Guardian of<br>JOSEPH BAEZA | } | |
| Vs. | } | C.A. No. : 06-193S |
| LORI BENOIT; LAURETTA MORANTO<br>D/b/a TUFFY'S SPORTS BAR<br>AND GRILL; and CADY'S INN, INC. | } | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Christine M. Curley, hereby enter my appearance on behalf of Plaintiff Rebecca Baeza; individually and as parent and natural guardian of Joseph Baeza, in the above-captioned action.

Plaintiff.
By her Attorney,

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that the foregoing *Noticeof Entry of Appearance* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 5th day of September 2006:

Christopher L. Russo
Kirshenbaum & Kirshenbaum
Attorneys at Law
888 Reservoir Avenue
Cranston, RI 02910
crusso@kirshenbaumri.com

J. Renn Olenn
Olenn & Penza
Attorneys at Law
530 Greenwich Avenue
Warwick, RI 02886
jro@olenn-penza.com

Daryl Dayian
Carrara Dayian P.C.
55 Cedar Street
Suite 102
Providence, RI 02903
ddayain@carraradayian.com

/s/ Christine M. Curley