JRO:pac 31207 \pleading\31207DismStip.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REBECCA BAEZA, ET AL | ) | |
| | ) | |
| VS. | ) | C.A. NO. 06-193S |
| | ) | |
| LORI BENOIT, ET AL | ) | |

## DISMISSAL STIPULATION

Now come the parties, through counsel, and hereby stipulate that all claims of the plaintiffs, together with all actual or potential claims and cross claims between or among the defendants, are hereby dismissed with prejudice. There are no costs to be awarded by or for any party to this stipulation.

PLAINTIFF, Rebecca Baeza, Individually and as Parent and Natural Guardian of JOSEPH BAEZA
By their Attorney,

/s/ Peter P.D. Leach
Peter P.D. Leach, Esq. #3955
One Charles Street
Providence, RI 02904
PHONE: (401) 521-1900

DEFENDANT, Lori Benoit
By her Attorney,

/s/ Daryl E. Dayian
Daryl E. Dayian, Esq. #5023
Carrara Dayian PC
55 Cedar Street, Suite 102
Providence, RI 02903
PHONE: (401) 621-8000

DEFENDANT, Lauretta Moranto, d/b/a Tuffy's Sports Bar and Grill
By her Attorney,

/s/ Christopher L. Russo
Christopher L. Russo, Esq. #4571
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, RI 02910
PHONE: (401) 946-3200

DEFENDANT, Cady's Inn, Inc.
By its Attorney

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700

**Dated: 11/13/06**